**Robert V. McHale, Plaintiff-Appellant, v. Dayton Marrs, Defendant-Appellee.**

**Gen. No. 11,829.**

Second District.

April 10, 1964.

Irving S. Friedman, of Chicago, for appellant; Maynard and Maynard, of Rockford (James F. Maynard, of counsel), for appellee. Opinion by JUDGE MORAN. Not to be published in full.